UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ROBERT I. TOUSSIE and CHANDLER PROPERTY, INC.,

                            Plaintiffs,                           **ORDER**
                                                                               CV 01-6716 (JS)(ARL)

      -against-

COUNTY OF SUFFOLK, ROBERT J. GAFFNEY, individually and in his official capacity as Suffolk County Executive, ALLEN GRECCO, and PEERLESS ABSTRACT CORP.,

                            Defendants.
----------------------------------------------------------------X
ROBERT I. TOUSSIE, LAURA TOUSSIE ELIZABETH TOUSSIE, MICHAEL I. TOUSSIE, PRAND CORP. f/k/a CHANDLER PROPERTY, INC., ARTHUR A. ARNSTEIN CORP., TOUSSIE LAND ACQUISITION & SALES CORP., and TOUSSIE DEVELOPMENT CORP.,

                            Plaintiffs,
      -against-

COUNTY OF SUFFOLK, PAUL SABATINO, II, PATRICIA B. SIELINSKI, and THOMAS A. ISLES,

                            Defendants.
----------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      By order dated May 15, 2007, the undersigned directed the defendants to notify the court how long Kroll needs to complete the restoration of their backup tapes, which they have done. According to the defendants the entire retrieval process should take approximately sixty days. Accordingly, the defendants are directed to provide the plaintiffs with any outstanding electronic files and e-mails by August 10, 2007. The plaintiffs may move to renew their spoliation motion by September 7, 2007. All discovery, inclusive of expert discovery, shall be completed by October 12, 2007. Any party planning on making a dispositive motion shall take the first step in the motion process by November 2, 2007. A final conference will be held on November 15, 2007 at 11:00 a.m.

Dated:  Central Islip, New York                          **SO ORDERED:**
          May 23, 2007

                                                               _____/s/_____
                                                                ARLENE R. LINDSAY
                                                                United States Magistrate Judge