AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| Toussie et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  01-06716 |
| County of Suffolk et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Paul Sabatino II

Date:     12/13/2010

*Attorney's signature*

Anton J. Borovina (AB6488)
*Printed name and bar number*

510 Broadhollow Road, STe. 304A
Melville, NY 11747

*Address*

ajb@borovinalaw.com
*E-mail address*

(631) 630-1101
*Telephone number*

(631) 465-8935
*FAX number*

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Toussie et al. | ) |
| :---: | :---: |
| *Plaintiff* | ) |
| v. | ) Case No. 05-01814 |
| County of Suffolk et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Paul Sabatino II

Date: 12/13/2010

*Attorney's signature*

Anton J. Borovina (AB6488)
*Printed name and bar number*

510 Broadhollow Road, STe. 304A
Melville, NY 11747

*Address*

ajb@borovinalaw.com
*E-mail address*

(631) 630-1101
*Telephone number*

(631) 465-8935
*FAX number*