UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT I. TOUSSIE, and CHANDLER PROPERTY, INC., <br><br>                          Plaintiffs, <br><br>          -against- <br><br> COUNTY OF SUFFOLK, ROBERT J. GAFFNEY, individually and in his official capacity as Suffolk County Executive, ALLEN GRECCO, and PEERLESS ABSTRACT CORP., <br><br>                          Defendants. | NOTICE OF MOTION <br><br> 01 Civ. 6716 (JS) (ARL) |
| ROBERT I. TOUSSIE, LAURA TOUSSIE, ELIZABETH TOUSSIE, MICHAEL I. TOUSSIE, PRAND CORP. f/k/a CHANDLER PROPERTY, INC., ARTHUR A. ARNSTEIN CORP., TOUSSIE LAND ACQUISITION & SALES CORP., and TOUSSIE DEVELOPMENT CORP., <br><br>                          Plaintiffs, <br><br>          -against- <br><br> COUNTY OF SUFFOLK, PAUL SABATINO, II, PATRICIA B. SIELINSKI and THOMAS A. ISLES, <br><br>                          Defendants. | 05 Civ. 1814 (JS) (ARL) |

      PLEASE TAKE NOTICE, that upon the annexed Declaration of Chris P. Termini, dated February 22, 2011, the exhibits attached thereto, the annexed defendants' memorandum of law and upon all pleadings and proceedings heretofore had herein, the undersigned will move this Court, before the Honorable Joanna Seybert, at the United States Courthouse located at 100 Federal Plaza, Central Islip, New York on the 15th day of March 2011 at 10:00 a.m. or as soon thereafter as counsel can be heard for an Order pursuant to Federal Rule 56 of the Federal Rules

of Civil Procedure granting defendants' motion to dismiss the Amended Complaint and the Complaint, for such other and further relief as the Court deems just and proper.

Dated: Hauppauge, New York
      February 22, 2011

                                 Yours, etc.

                                 CHRISTINE MALAFI
                                 Suffolk County Attorney
                                 Attorney for Defendants
                                 County of Suffolk, Robert J. Gaffney,
                                 Patricia B. Zielinski & Thomas
                                 A. Isles
                                 H. Lee Dennison Building
                                 100 Veterans Memorial Highway
                                 Hauppauge, New York  11788
                                 631-853-4049

                       By: *Chris P. Termini*
                                 Chris P. Termini

To: Chadbourne & Parke, LLP
    Attorneys for Plaintiff
    30 Rockefeller Plaza
    New York, New York  10112
    212-408-5100

    Anton J. Borovina, Esq.
    510 Broad Hollow Road
    Suite 304A
    Melville, New York  11747
    631-630-1101