# EXHIBIT A

EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ROBERT I. TOUSSIE and CHANDLER PROPERTY, INC.,

                Plaintiff (s),

Case No. 01 CV 6716
<u>AFFIDAVIT OF SERVICE</u>

        -against-

COUNTY OF SUFFOLK, ROBERT J. GAFFNEY, Individually and in his official capacity as Suffolk County Executive, ALLEN GRECCO, AND PEERLESS ABSTRACT CORP.,

                Defendant (s).
-------------------------------------------------------------------------X
ROBERT I. TOUSSIE, LAURA TOUSSIE, ELIZABETH TOUSSIE, MICHAEL I. TOUSSIE, PRAND CORP. f/k/a CHANDLER PROPERTY, INC., ARTHUR A. ARNSTEIN CORP., TOUSSIE LAND ACQUISITION & SALES CORP., and TOUSSIE DEVELOPMENT CORP.,

Case No. 05 CIV 1814

                Plaintiff (s),

        -against-

COUNTY OF SUFFOLK, PAUL SABATINO, II, PATRICIA B. SIELINSKI and THOMAS A. ISLES,

                Defendant (s).
-------------------------------------------------------------------------X
STATE OF NEW YORK    )
                                  :s.s.:
COUNTY OF QUEENS    )

        SUE CORTINA, being duly sworn, deposes and says:

        I am not a party to this action, am over the age of eighteen years, and reside in the State of New York.

I am an agent for EPS Judicial Process Service, Inc. and received the Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action for the above entitled-action to be served upon Ginny Fields.

On the 23rd day of June, 2011, at approximately 8:05 a.m. at 21 E. Shore Road, Road, Oakdale, New York, I attempted to serve a true copy of the SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION, in the above-entitled action, upon GINNY FIELDS, but upon my arrival I was greeted by an individual who refused to identify himself by name however informed me that Ms. Fields does not reside there, but that she does receive mail at the at aforementioned address. When I tried to further inquire with this individual if Ms. Fields was the home owner of the aforementioned address he refused to respond.  So I left the premises.

On the 24th day of June, 2011, at approximately 6:36 p.m. at 21 E. Shore Road, Road, Oakdale, New York, I again attempted to serve a true copy of the SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION, in the above-entitled action, upon GINNY FIELDS, but upon my arrival I was greeted by Mr. Fields, Ginny Fields husband, who informed me that Ms. Fields was not home and did not know when she would be home.  When I asked Mr. Fields about the individual who informed me that Ms. Fields did not reside at the aforementioned address he informed me that it must have been one of their kids as they have been instructed not to give out any information about Ms. Fields.

On the 25th day of June, 2011, at approximately 10:15 a.m. at the aforementioned address, I once again attempted to serve a true copy of the SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION, in the above-entitled action, upon GINNY FIELDS, but upon my arrival and after ringing the doorbell and getting no response I realized that no one was home, so I left the premises.

On the 27th day of June, 2011, at approximately 7:07 a.m. at 21 E. Shore Road, Oakdale, New York, I again attempted to serve a true copy of the SUBPOENA TO

APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION, in the above-entitled action, upon GINNY FIELDS, but upon my arrival and after ringing the doorbell and getting no response I realized that no one was home, so I left the premises.

On the 27th day of June, 2011, at approximately 7:26 p.m. at 21 E. Shore Road, Oakdale, New York, I again attempted to serve a true copy of the SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION, in the above-entitled action, upon GINNY FIELDS, but upon my arrival and after ringing the doorbell and getting no response I realized that no one was home, so I left the premises.

On the 28th day of June, 2011, at approximately 12:42 p.m. at 21 E. Shore Road, Oakdale, New York, I again attempted to serve a true copy of the SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION, in the above-entitled action, upon GINNY FIELDS, but upon my arrival and after ringing the doorbell and getting no response I realized that no one was home, so I left the premises.

On the 29th day of June, 2011, at approximately 9:58 p.m. at 21 E. Shore Road, Oakdale, New York, I again attempted to serve a true copy of the SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION, in the above-entitled action, upon GINNY FIELDS, but upon my arrival and after ringing the doorbell and getting no response I realized that no one was home, so I left the premises.

On the 30th day of June, 2011, at approximately 7:15 a.m. at 21 E. Shore Road, Oakdale, New York, I attempted to serve a true copy of the SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION, in the above-entitled action, upon GINNY FIELDS, but upon my arrival and after ringing the doorbell and getting no response I realized that no one was home, so I left the premises.

On the 1st day of July, 2011, at approximately 5:15 p.m. at 21 E. Shore Road, Oakdale, New York, I attempted to serve a true copy of the SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION, in the above-

entitled action, upon GINNY FIELDS, but upon my arrival and after ringing the doorbell and getting no response I realized that no one was home, so I left the premises.

On the 5th day of July, 2011, at approximately 7:00 a.m. at 21 E. Shore Road, Oakdale, New York, I attempted to serve a true copy of the SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION, in the above-entitled action, upon GINNY FIELDS, but upon my arrival and after ringing the doorbell and getting no response I realized that no one was home, so I left the premises.

On the 6th day of July, 2011, at approximately 11:40 a.m. at 925 Montauk Highway, Oakdale, New York, (also known as Phil Nolan's Campaign Office) I attempted to serve a true copy of the SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION, in the above-entitled action, upon GINNY FIELDS, but upon my arrival I noticed that the office was closed, so I left the premises.

On the 7th day of July, 2011, at approximately 5:10 p.m. at 925 Montauk Highway, Oakdale, New York, (also known as Phil Nolan's Campaign Office) I attempted to serve a true copy of the SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION, in the above-entitled action, upon GINNY FIELDS, but upon my arrival I noticed that the office was closed, so I left the premises.

On the 8th day of July, 2011, at approximately 12:36 p.m. at 21 E. Shore Road, Oakdale, New York, I attempted to serve a true copy of the SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION, in the above-entitled action, upon GINNY FIELDS, but upon my arrival and after ringing the doorbell and getting no response I realized that no one was home, so I left the premises.

On the 8th day of July, 2011, at approximately 8:15 p.m. at 21 E. Shore Road, Oakdale, New York, I attempted to serve a true copy of the SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION, in the above-

entitled action, upon GINNY FIELDS, but upon my arrival and after ringing the doorbell and getting no response I realized that no one was home, so I left the premises.

On the 11th day of July, 2011, at approximately 6:20 p.m. at 21 E. Shore Road, Oakdale, New York, I attempted to serve a true copy of the SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION, in the above-entitled action, upon GINNY FIELDS, but upon my arrival and after ringing the doorbell and getting no response I realized that no one was home, so I left the premises.

On the 13th day of July, 2011, at approximately 8:15 a.m. at 21 E. Shore Road, Oakdale, New York, I attempted to serve a true copy of the SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION, in the above-entitled action, upon GINNY FIELDS, but upon my arrival and after ringing the doorbell and getting no response I realized that no one was home, so I left the premises.

On the 15th day of July, 2011, at approximately 6:58 a.m. at 21 E. Shore Road, Oakdale, New York, I attempted to serve a true copy of the SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION, in the above-entitled action, upon GINNY FIELDS, but upon my arrival and after ringing the doorbell and getting no response I realized that no one was home, so I left the premises.

On the 16th day of July, 2011, at approximately 10:10 a.m. at 21 E. Shore Road, Oakdale, New York, I attempted to serve a true copy of the SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION, in the above-entitled action, upon GINNY FIELDS, but upon my arrival and after ringing the doorbell and getting no response I realized that no one was home, so I left the premises.

On the 19th day of July, 2011, at approximately 7:25 p.m. at 21 E. Shore Road, Oakdale, New York, I once attempted to serve a true copy of the SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION, in the

above-entitled action, upon GINNY FIELDS, but upon my arrival and after ringing the doorbell and getting no response I realized that no one was home, so I left the premises.

On the 20th day of July, 2011, at approximately 8:20 a.m. at 21 E. Shore Road, Oakdale, New York, I attempted to serve a true copy of the SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION, in the above-entitled action, upon GINNY FIELDS, but upon my arrival and after ringing the doorbell and getting no response I realized that no one was home, so I left the premises.

On the 20th day of July, 2011, at approximately 8:15 p.m. at 21 E. Shore Road, Oakdale, New York, I attempted to serve a true copy of the SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION, in the above-entitled action, upon GINNY FIELDS, but upon my arrival and after ringing the doorbell and getting no response I realized that no one was home, so I left the premises.

On the 22nd day of July, 2011, at approximately 7:00 a.m. at 21 E. Shore Road, Oakdale, New York, I attempted to serve a true copy of the SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION, in the above-entitled action, upon GINNY FIELDS, but upon my arrival and after ringing the doorbell and getting no response I realized that no one was home, so I left the premises.

_____
SUE CORTINA

Sworn to before me this
28th day of July, 2011

_____
NOTARY PUBLIC

CLENDY J. CALDERON
Notary Public, State of New York
No. 01CA6115564
Qualified in Queens County
Commission Expires September 7, 20__