## COUNTY OF SUFFOLK



**STEVE LEVY**
SUFFOLK COUNTY EXECUTIVE

**CHRISTINE MALAFI**
COUNTY ATTORNEY

**DEPARTMENT OF LAW**
ADDRESS ALL COMMUNICATIONS
IN THIS MATTER TO:

August 4, 2011

United States District Court Judge Joanna Seybert
Alphonse M. D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, New York  11722-4451

Re:  Toussie, et al. v. County of Suffolk, et al.
     CV01-6716 (JS)(ARL)  CV05-1814 (JS)(ARL)

Dear Judge Seybert:

The undersigned represents the defendant, County of Suffolk, herein and objects, in total to the following numbered voir dire questions proposed by plaintiff; #5, 6, 7, 8, 14, 15, 19, 22, 23, 25, 27, 28, 30, 31(b), (e), (g), 32(a), 35, 36 and 38.  Counsel believes that questions numbered 3 and 6 should be limited to the jurors' township only, that question number 17 should be addressed generally to Suffolk County, that with respect to question number 29, jurors should be asked what newspapers they do read, that the individuals listed in question number 38 should be included in question number 40 and that the Court should use its own language regarding the time of the trial and the ability to serve.

Respectfully submitted,

Christine Malafi
Suffolk County Attorney

*Chris P. Termini*
Chris P. Termini
Assistant County Attorney

CPT:prv

**LOCATION**
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY   ■   **MAILING ADDRESS**
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099   ■   (631) 853-4049
FAX (631) 853-5169