CIVIL CAUSE FOR MOTION CONFERENCE

DATE: 8/ 4/2011     AT: 3:30

BEFORE JUDGE JOANNA SEYBERT:

DOCKET NUMBER: CV 01-6716

TITLE: TOUSSIE -V-SUFFOLK CO.

APPEARANCES:

FOR PLAINTIFFS: SCOTT BALBER; ABBE DAVID LOWELL

FOR DEFENDANTS: CHRIS TERMINI; JOHN PETROWSKI

REPORTER: E. COMBS

| X | CASE CALLED. |
|---|---|
| X | COUNSEL FOR ALL SIDES PRESENT. |
|   | COUNSEL FOR _____ NOT PRESENT. |
| X | CONFERENCE HELD. |
|   | DISCOVERY TO BE COMPLETED BY_____ |
|   | PARTIES TO COMPLETE_____ BY THE NEXT CONFERENCE OR BY_____ |
|   | NEXT CONFERENCE SET FOR_____ |
| X | CASE TO BE REFERRED TO MAGISTRATE JUDGE TOMLINSON FOR SETTLEMENT CONFERENCE. |
|   | MOTION TO BE FILED BY  / /2011 ; RESPONSE BY  / /2011 ; REPLY BY  / /2011 . |
|   | JURY SELECTION SET FOR 8/ 8/2011 AT 9:30AM |
|   | TRIAL SET FOR SAME DAY OR SOON THEREAFTER |
| X | OTHER ARGUMENT HEARD. ORDER TO BE ISSUED. |