UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT I. TOUSSIE, and CHANDLER PROPERTY, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> COUNTY OF SUFFOLK, ROBERT J. GAFFNEY, individually and in his official capacity as Suffolk County Executive, ALLEN GRECCO, and PEERLESS ABSTRACT CORP., <br><br> Defendants. | 01 Civ. 6716 (JS) (ARL) <br> CONSOLIDATED |
| ROBERT I. TOUSSIE, LAURA TOUSSIE, ELIZABETH TOUSSIE, MICHAEL I. TOUSSIE, PRAND CORP. f/k/a CHANDLER PROPERTY, INC., ARTHUR A. ARNSTEIN CORP., TOUSSIE LAND ACQUISITION & SALES CORP., and TOUSSIE DEVELOPMENT CORP., <br><br> Plaintiffs, <br><br> -against- <br><br> COUNTY OF SUFFOLK, PAUL SABATINO, II, PATRICIA B. SIELINSKI and THOMAS A. ISLES, <br><br> Defendants. | 05 Civ. 1814 (JS) (ARL) |

**PLAINTIFFS' DEPOSITION DESIGNATIONS**

**PLAINTIFFS' DESIGNATIONS FROM
THE DEPOSITION OF**

## ALLAN BINDER

**Taken on October 19, 2006**

Plaintiffs hereby designate and reserve the right to use the following deposition testimony given by non-party Allan Binder during his deposition taken in connection with this matter on October 19, 2006.

Page: Line:

1. 3:2-5:6
2. 5:11-7:10
3. 9:20-11:8
4. 16:4-17:16
5. 18:4-18
6. 26:12-20
7. 33:11-34:21
8. 35:5-37:4
9. 61:22-62:25
10. 63:5-20
11. 64:19-66:5
12. 73:3-6
13. 73:21-79:2
14. 79:10-21
15. 85:3-86:9
16. 86:14-87:14
17. 88:19-89:16
18. 90:19-91:6
19. 91:12-92:8
20. 93:6-18
21. 93:19-96:10
22. 97:11-98:9
23. 132:23-133:12
24. 134:13-24

**PLAINTIFFS' DESIGNATIONS FROM
THE DEPOSITION OF**

**<u>ESTELLE DICHAZZI</u>**

**Taken on January 19, 2007**

Plaintiffs hereby designate and reserve the right to use the following deposition testimony given by non-party Estelle DiChazi during her deposition taken in connection with this matter on January 19, 2007.

Page: Line:

1. 3:13-17
2. 25:5-7
3. 25:12-13
4. 26:11-14
5. 26:15-19
6. 28:11-29:7
7. 29:8-15
8. 29:24-30:2
9. 30:6-15
10. 33:18-20
11. 35:20-36:3
12. 39:11-21
13. 42:15-20
14. 43:9-12

## PLAINTIFFS' DESIGNATIONS FROM
## THE DEPOSITION OF

## **THOMAS A. ISLES**

**Taken on August 9, 2006**

Plaintiffs hereby designate and reserve the right to use the following deposition testimony given by non-party Thomas A. Isles during his deposition taken in connection with this matter on August 9, 2006.

Page: Line:

1. 3:2-4:11
2. 5:9-17
3. 10:19-11:10
4. 13:25-14:11
5. 14:12-15:20
6. 16:12-17:3
7. 17:13-25
8. 18:5-20:6
9. 20:20-22:9
10. 24:8-25:18
11. 39:7-41:19
12. 41:24-42:5
13. 63:25-64:14
14. 87:2-88:13
15. 88:14-16
16. 90:17-24
17. 91:6-92:6
18. 95:17-20
19. 96:15-20
20. 97:10-15
21. 98:2-22
22. 100:18-101:19
23. 105:9-108:22
24. 124:13-22
25. 125:20-126:2
26. 126:21-127:23
27. 133:13-135:2
28. 146:3-15
29. 217:3-23

**PLAINTIFFS' DESIGNATIONS FROM
THE DEPOSITION OF**

## FRED TOWLE

**Taken on September 21, 2006**

Plaintiffs hereby designate and reserve the right to use the following deposition testimony given by non-party Fred Towle during his deposition taken in connection with this matter on September 21, 2006.

Page: Line:

1. 4:1-14:22
2. 20:10-21:22
3. 22:3-25:10
4. 29:2-32:3
5. 41:21-44:14
6. 45:19-47:6
7. 85:4-9
8. 86:19-23
9. 87:4-9
10. 87:16-93:17
11. 136:19-25