<u>CIVIL CAUSE ON TRIAL</u>

DATE: <u>  8/11/2011  </u>    AT: <u>   9:30  </u>

BEFORE JUDGE JOANNA SEYBERT:

DOCKET NUMBER: <u>   CV  01-6716   </u>

TITLE: <u>   TOUSSIE -V-SUFFOLK CO.  </u>

APPEARANCES:

FOR PLAINTIFFS: <u>   SCOTT BALBER; ABBE DAVID LOWELL; EMILY ABRAHAMS</u>

FOR DEFENDANTS: <u>  CHRIS TERMINI; JOHN PETROWSKI</u>

REPORTER: D. TURSI

<u>  X  </u>    CASE CALLED.  COUNSEL FOR ALL SIDES PRESENT.

<u>  X  </u>    OPENING STATEMENTS.

<u>  X  </u>    WITNESS(ES) CALLED.

<u>     </u>    OTHER<u>                      </u>