<u>CIVIL CAUSE ON TRIAL</u>

DATE:   8/24/2011            AT: 9:00

BEFORE JUDGE JOANNA SEYBERT:

DOCKET NUMBER:   CV  01-6716

TITLE:   TOUSSIE -V-SUFFOLK CO.

APPEARANCES:

FOR PLAINTIFFS:  SCOTT BALBER; ABBE DAVID LOWELL; EMILY ABRAHAMS

FOR DEFENDANTS:  CHRIS TERMINI; JOHN PETROWSKI

REPORTER: HARRY RAPAPORT

  X       CASE CALLED.  COUNSEL FOR ALL SIDES PRESENT.

  X       WITNESS(ES) CALLED.

  X       OTHER SUMMATIONS HELD.  JURY BEGINS DELIBERATIONS.