UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------X
TOUSSIE,

    -V-                            ORDER OF SUSTENANCE,
                          LODGING, OR TRANSPORTATION
                           CV 01-6716(JS)

COUNTY OF SUFFOLK,
--------------------------X

SEYBERT, DISTRICT JUDGE:

    It is hereby ORDERED that the Clerk of the Court supply proper:

( X ) SUSTENANCE

(   ) LODGING

(   ) TRANSPORTATION

    to the ( 8 ) jurors empanelled in the above entitled case

(   ) DURING TRIAL

( X ) DELIBERATING

(   ) SEQUESTERED

(   ) BREAKFAST

( X ) LUNCH

(   ) DINNER

(   ) OTHER _____

                                 _____/S/_____

DATED: CENTRAL ISLIP, NY        JOANNA SEYBERT, U.S.D.J.
       AUGUST 25, 2011




                                 A TRUE COPY ATTEST
                                 Date:_____
                                 ROBERT C. HEINEMANN, CLERK
                                 By: