<u>CIVIL CAUSE ON TRIAL</u>

DATE: <u>8/26/2011</u>  AT: <u>9:30</u>

BEFORE JUDGE JOANNA SEYBERT:

DOCKET NUMBER: <u>CV 01-6716</u>

TITLE: <u>TOUSSIE -V-SUFFOLK CO.</u>

APPEARANCES:

FOR PLAINTIFFS: <u>SCOTT BALBER; ABBE DAVID LOWELL; EMILY ABRAHAMS</u>

FOR DEFENDANTS: <u>CHRIS TERMINI; JOHN PETROWSKI</u>

REPORTER: PAUL LOMBARDI

<u>X</u>   CASE CALLED.  COUNSEL FOR ALL SIDES PRESENT.

<u>   </u>   WITNESS(ES) CALLED.

<u>X</u>   OTHER <u>JURY VERDICT</u>