```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------X
TOUSSIE,

        -V-                          ORDER OF SUSTENANCE,
                                  LODGING, OR TRANSPORTATION
                                         CV 01-6716(JS)
COUNTY OF SUFFOLK,
----------------------------X
```

SEYBERT, DISTRICT JUDGE:

It is hereby ORDERED that the Clerk of the Court supply proper:

( X ) SUSTENANCE

(   ) LODGING

(   ) TRANSPORTATION

to the ( 8 ) jurors empanelled in the above entitled case

(   ) DURING TRIAL

( X ) DELIBERATING

(   ) SEQUESTERED

(   ) BREAKFAST

( X ) LUNCH

(   ) DINNER

(   ) OTHER _____

DATED: CENTRAL ISLIP, NY
      AUGUST 26, 2011

/S/
JOANNA SEYBERT, U.S.D.J.

A TRUE COPY ATTEST
Date:_____
ROBERT C. HEINEMANN, CLERK
By: