# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D N.Y

★ SEP 26 2011 ★

LONG ISLAND OFFICE

---------------------------------X
ROBERT I. TOUSSIE, ET AL.,
               Plaintiffs

  -V-                        JUDGMENT IN A CIVIL CASE
                              CV 01-6716 (JS)
                              CV 05-1814 (JS)

SUFFOLK COUNTY,
               Defendants

---------------------------------X

__X__ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

_____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard, and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the Plaintiff ROBERT I. TOUSSIE recover of the Defendant SUFFOLK COUNTY the sum of $12,500.00, and that all remaining claims be dismissed on the merits.


Dated: Central Islip  NY          ROBERT C. HEINEMANN
      Sep. 26, 2011                   Clerk of Court

                                                                  _/s/ Charles J. Baran_
                                                              By: Charles J. Baran
                                                              Deputy Clerk