UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT I. TOUSSIE, and CHANDLER PROPERTY, INC.,<br>                              Plaintiffs,<br><br>         -against-<br><br>COUNTY OF SUFFOLK,<br>                              Defendants. | NOTICE OF MOTION<br><br>01 Civ. 6716 (JS) (ARL) |
| ROBERT I. TOUSSIE, LAURA TOUSSIE, ELIZABETH TOUSSIE, MICHAEL I. TOUSSIE, PRAND CORP. f/k/a CHANDLER PROPERTY, INC., ARTHUR A. ARNSTEIN CORP., TOUSSIE LAND ACQUISITION & SALES CORP., and TOUSSIE DEVELOPMENT CORP.,<br>                              Plaintiffs,<br><br>         -against-<br><br>COUNTY OF SUFFOLK,<br>                              Defendants. | 05 Civ. 1814 (JS) (ARL) |

PLEASE TAKE NOTICE, that upon the annexed Declaration of Chris P. Termini, dated October 26, 2011, the exhibits attached thereto, the annexed Bill of Costs and upon all pleadings and proceedings heretofore had herein, the undersigned will move this Court, before the Honorable Joanna Seybert, at the United States Courthouse located at 100 Federal Plaza, Central Islip, New York on the 2nd day of November, 2011 at 10:00 a.m. or as soon thereafter as counsel can be heard for an Order pursuant to Local Civil Rule 54.1 and Title 28 U.S.C. Section 1920 granting defendants' motion for bill of costs, for such other and further relief as

the Court deems just and proper.

Dated: Hauppauge, New York
       October 26, 2011

                        Yours, etc.

                        CHRISTINE MALAFI
                        Suffolk County Attorney
                        Attorney for Defendants
                        County of Suffolk
                        H. Lee Dennison Building
                        100 Veterans Memorial Highway
                        Hauppauge, New York  11788
                        631-853-4049

                By:  *Chris P. Termini*
                        Chris P. Termini

To:  Chadbourne & Parke, LLP
      Attorneys for Plaintiff
      30 Rockefeller Plaza
      New York, New York  10112
      212-408-5100